IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 7:11-CR-80-1H |
| | ) | |
| DOMINIC COOPER KING, | ) | |
|     Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 7:12-CR-7-1H |
| | ) | |
| BRANDON ELEAZOR JACKSON, | ) | |
|     Defendant. | ) | |

## ADMINISTRATIVE ORDER

On May 18, 2012, the government filed an unopposed motion to continue the trial of Dominic Cooper King, which is presently scheduled for June 18, 2012. For good cause shown, the court GRANTS the government's motion to continue and reschedules the above-captioned cases for trial as follows. The court will commence jury selection in both United States v. Jackson, No. 7:12-CR-7-1H, and United States v. Dominic Cooper King, No. 7:11-CR-80-1H, at 10:00 a.m. on Wednesday, July 11, 2012, at the United States Courthouse in Greenville.

The court intends to select first the jury in United States v. King, No. 7:11-CR-80-1H. After the jury has been selected and empaneled in that case, the court plans to release the

empaneled jury with instructions to return on Monday, July 16, 2012, for the King trial, which is estimated to take two days.

The court will then proceed with jury selection and trial in the case of United States v. Brandon Jackson, No. 7:12-CR-7-1H, which is estimated to take two days. Should Jackson be resolved without trial, the King trial will commence immediately following jury selection on July 11, 2012.

Counsel in both actions shall appear in chambers at 9:30 a.m. on July 11, 2012, with their proposed witness lists, specifically identifying the names and cities of residence of each witness. Any proposed voir dire or requests for jury instructions shall be filed by Tuesday, July 3, 2012.

In each case, it is further ordered that any delay resulting from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 21st day of May 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31

2