UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 7:12-CR-7-1H

BRANDON ELEAZOR JACKSON  ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on  July 11, 2012  be turned over to  Sgt. Jay Baughman, Wilmington Police Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 8 | Firearm |
| 9 | Ammunition |

This  11th  day of  July , 2012.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: